IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J.B. BLACK, SPN #01214826, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MICHAEL DE LA TORRE; PUTNAM § <br> LEASING COMPANY I, LLC; § <br> and STEVEN POSNER, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-20-1604 |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 20th day of May, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE